FILED BY [illegible] D.C.
99 AUG 25 PM 4:26
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-0282-CR-SEITZ

UNITED STATES OF AMERICA, :

Plaintiff, :

vs. :

MANNY VARAS, :

Defendant. :

_______________________________/

**DEFENDANT VARAS' OBJECTIONS TO THE PSI**

Defendant, Manny Varas, by and through his undersigned counsel files the following objections to the Presentence Investigation Report:

1. Page 5, ¶10, the search was conducted on April 14th, 1998.

2. Page 5, ¶13, according to the testimony at trial the younger Varas was not involved in the fight only Mark Cummings was involved.

3. Page 7, ¶18 it should be Club Salvation.

4. Page 8, ¶23, Danny Acosta made $2,000 on the night in question.

5. Page 14, ¶56, the defendant graduate from Coral Gables Senior High School in June, 1996.

144

6. Page 17, ¶73, Danny Acosta actually made $2,000 on the night in question.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY, & KLEIN P.A.**
Attorneys for Defendant Varas
800 Brickell Avenue, PH-2
Miami, Fl. 33132
Phone: (305) 358-7000
Facsimile: (305) 358-4010

BY: ______________________
**MICHAEL A. PIZZI, JR.**
Fla. Bar No. 079545

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and facsimile this 24th day of August , 1998, to : Jonathan Loo, Esq., Assistant United States Attorney, 99 N.E. 4th Street, Miami, Fl. 33132 and to Odine Lindor, United States Probation Officer, 300 N.E. First Avenue, Room 315, Miami, Florida 33132.

______________________
**MICHAEL A. PIZZI, JR.**