**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA, Case No. 98-282-CR-KING

Plaintiff,

vs.

MARK CUMMINGS,

Defendant.

FILED by [signature] D.C.
OCT 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**REFERRAL TO MAGISTRATE**

Upon consideration, the undersigned United States District Judge does hereby refer the above-styled case to the Honorable Ted E. Bandstra, United States Magistrate Judge for the Southern District of Florida, for the purpose of conducting a final hearing on defendant Mark Cummings' violation of probation and for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of October 2001.

[signature]
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
Magistrate Judge Bandstra
AUSA Ben Daniel
AFPD Chantal Doakes
USPO Joseph Pinto

177